Scott C.G. Blankenship
The Blankenship Law Firm, P.S.
28th Floor, Washington Mutual Tower
1201 Third Avenue
Seattle, WA 98101

THE HON. LONNY R. SUKO

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
# AT SPOKANE

| | |
|---|---|
| AMBER DURST,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ORONDO BOWLING, INC., d/b/a<br>KEGLER'S CAFÉ FOOD & BREW,<br><br>　　　　　Defendant. | No. CV 05-0208 LRS<br><br>[PROPOSED] ORDER TO DISMISS |

**WHEREAS** on September 5, 2006, the parties jointly filed a Notice of Dismissal advising the Court that the claims alleged in this action have been mutually resolved and settled and requesting that the current trial date and related pending dates be stricken,

**IT IS SO ORDERED,** that all claims in the above-referenced matter are hereby DISMISSED with prejudice and without costs or attorney's fees to any

[PROPOSED] ORDER TO DISMISS (Cause No. CV 05-0208 LRS)
Page 1

**THE BLANKENSHIP LAW FIRM, P.S.**
28th Floor, Washington Mutual Tower
1201 Third Avenue
Seattle, Washington 98101
(206) 343-2700

party, and the trial date of March 12, 2007 and all related pending dates are stricken. The parties shall have until February 1, 2008 to file a motion to reopen the case and the trial in the event the terms of the settlement have not been perfected.

**IT IS SO ORDERED** this 7th day of September, 2006.

s/Lonny R. Suko

Honorable Lonny R. Suko

Presented this 5th day of September, 2006.

**THE BLANKENSHIP LAW FIRM, P.S.**

By: /s/ Scott C.G. Blankenship
Scott C. G. Blankenship, WSBA No. 21431
Hardeep S. Rekhi, WSBA No. 34579
Attorneys for Plaintiff

THE BLANKENSHIP LAW FIRM, P.S.
28th Floor, Washington Mutual Tower
1201 Third Avenue
Seattle, Washington 98101
(206) 343-2700